Julius M. Cruz, CSB #246135
**SAWL LAW GROUP**
2150 Tulare Street
Fresno, CA 93721
Phone: (559) 266 – 9800
Fax: (559) 266 – 3421
Counsel for DIMAS DOMINGUEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Nos.: 1:11 – CR – 0274 – LJO |
| Plaintiff, | **ORDER** |
| v. | DATE: **9/2/11** |
| **DIMAS DOMINGUEZ,** | TIME: **9:00 a.m.** |
| Defendant. | DEPT: **4** |

NOTICE is hereby given that DIMAS DOMINGUEZ substitutes JULIUS M. CRUZ as counsel of record in place of KATHERINE HART (see previously filed Substitution of Attorney form signed and dated by all parties).

**The substitution of attorney is hereby approved and so ORDERED.**

IT IS SO ORDERED.

Dated: **August 31, 2011**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**