JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
FAX: (559) 441-7115

Attorney for Defendant
ROSEMARY FIERROS



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
* * * * *

| UNITED STATES OF AMERICA | Case No. 11 CR 274 LJO |
|---|---|
| Plaintiff, | |
| vs | NOTICE OF WAIVER OF PERSONAL APPEARANCE |
| ROSEMARY FIERROS, | |
| Defendant. | |

Defendant ROSEMARY FIERROS hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant requests the Court to proceed during every absence of hers which the Court may permit, pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, James R. Homola, as if Defendant

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

was personally present; and further agrees to be present in person, in court, for trial any day and time the Court may direct.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: August    , 2011

ROSEMARY FIERROS

Dated: September    , 2011

/s/ James R. Homola
James R. Homola
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Date: 9-8-11

Lawrence J. O'Neill
Judge, U.S. District Court

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111