# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 08 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY __J. HELLINGS__
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>vs.<br>Victor Vasquez | ) )<br>) Case No.<br>) 1:11-cr-00274-LJO-3<br>) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Victor Vasquez__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following condition: You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.* You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-4-11         _____  11/4/11
Signature of Defendant    Date            Pretrial Services Officer   Date
Victor Vasquez                            Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              11/4/11
Signature of Assistant United States Attorney                        Date
Henry Carbajal

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              11/4/11
Signature of Defense Counsel                                         Date
Martin Talcisnik

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __11/8/11__.
☐ The above modification of conditions of release is *not* ordered.

_____                                              11/8/11
Signature of Judicial Officer                                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services