Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant CASSANDRA CASAREZ FIERROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11 CR 00274 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | MODIFY ORDER SETTING |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| | ) | |
| CASSANDRA CASAREZ FIERROS | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Defendant, CASSANDRA CASAREZ FIERROS, by and through her

attorney of record Eric K. Fogderude and the United States of

America, by that through its attorney of record Henry Z. Carbajal

III, stipulate that the Order Setting Conditions of Release for

Cassandra Fierros, ordered by the Honorable Dennis L. Beck, U.S.

Magistrate Judge of August 23, 2011, be modified as to condition

7(d) to allow Cassandra Fierros to have contact and live with her

mother Rosemary Fierros, on the condition that they not discuss

the facts of this case with each other unless accompanied by their

respective attorneys.

///

1    All other conditions of release previously ordered shall

2  remain in full force and effect.

3    Good cause exists for granting this modification because

4  Cassandra Fierro's has lost her current place of residence and her

5  mother has offered to allow her to reside in her home.

6

7  DATED: March 15, 2012          FLETCHER & FOGDERUDE, Inc.

8
                                  /s/ Eric K. Fogderude
9                                 ERIC K. FOGDERUDE
                                  Attorney for Defendant,
10                                CASSANDRA CASAREZ FIERROS

11

12  Dated: March    , 2012         McGREGOR W. SCOTT
                                  United States Attorney
13
                                  /s/ Henry Z Carbajal III
14
                                  HENRY Z. CARBAJAL III
15                                Assistant US Attorney

16

17                                **ORDER**

18     GOOD CAUSE APPEARING, the previous Order Setting Conditions

19  of Release is modified to allow Defendant CASSANDRA CASAREZ

20  FIERROS to associate and reside with her mother, Defendant

21  Rosemary Fierros on the condition that they do not discuss the

22  facts of this case unless in the company of their respective

23  attorneys.  All other terms and conditions of release previously

24  entered shall remain in full force and effect.

25     IT IS SO ORDERED.

26   **Dated:   March 15, 2012**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE
27

28

---