```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ROSEMARY FIERROS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 1:11-CR-00274 LJO |
| vs. | |
| | STIPULATION AND PROPOSED |
| ROSEMARY FIERROS, ET AL., | ORDER TO CONTINUE |
| | (NOTE CHANGE FROM STIPULATION) |
| Defendant. | |

Defendants by and through their undersigned attorneys, and the United States of America, by and through its attorney, Henry Carbajal, Assistant U.S. Attorney, hereby stipulate to the following joint request that the hearing scheduled for May 21, 2012 be continued to June 18, 2012 at 1:00 pm, and set for hearing on the calendar of Magistrate Judge Oberto.

The parties contend that there is good cause for the

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

requested continuance to permit the conclusion of plea negotiations that are currently underway, and final determinations concerning discovery; the parties are not prepared to select a trial date, pending completion of these processes.

DATED: May 15, 2012

<div style="display:flex">

/s/ James R. Homola  
JAMES R. HOMOLA  
Attorney for Defendant  
ROSEMARY FIERROS

/S/ Henry Z. Carbajal  
HENRY Z. CARBAJAL  
Assistant U.S. Attorney

/s/ Tina M Barberi  
TINA M. BARBERI  
Attorney for Defendant  
JOSE MANUEL GARCIA

/S/ Dale A. Blickenstaff  
DALE A. BLICKENSTAFF  
Attorney for Defendant  
JESUS DOMINGUEZ MARTINEZ

/s/ Martin Taleisnik  
MARTIN TALEISNIK  
Attorney for Defendant  
VICTOR VASQUEZ

/S/ Daniel A. Bacon  
DANIEL A. BACON  
Attorney for Defendant  
ANGEL OCIRIS GUTIERREZ

/s/ Marc Days  
MARC DAYS  
Attorney for Defendant  
ALFONSO CASAREZ

/S/ David J. Cohen  
DAVID J. COHEN  
Attorney for Defendant  
ALCIDES URIAS

/s/ Gary L. Huss  
GARY L. HUSS  
Attorney for Defendant  
LUIS ALBERTO DELGADO

/S/ Stephen Quade  
STEPHEN QUADE  
Attorney for Defendant  
ARMANDO SOLORIO HEREDIA

/s/ Barbara Hope O'Neill  
BARBARA HOPE O'NEILL  
Attorney for Defendant  
ARMANDO MARAVILLA

/s/ Robert S. Wynne  
ROBERT S. WYNNE  
Attorney for Defendant  
DIMAS DOMINGUEZ MARTINEZ

</div>

**James R. Homola**  
Attorney at Law  
2950 Mariposa St  
Suite 250  
Fresno, CA 93721  
(559) 441-7111

**ORDER**

The matter shall be placed on the calendar of District Judge O'Neill for hearing at 8:15 a.m Monday, June 18, 2012. The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv). Counsel are to notify their clients of the change of time from the stipulation, and bring their trial calendars for use at the next hearing. The reason it will be before the undersigned is because the next hearing will be a TRIAL SETTING CONFERENCE.

IT IS SO ORDERED.

**Dated:   May 16, 2012**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111