| | |
|---|---|
| 1 | **DALE A. BLICKENSTAFF - #40681** |
| | Attorney at Law |
| 2 | 2350 West Shaw Avenue, Suite 132 |
| | Fresno, California 93711 |
| 3 | (559) 432-0986 Telephone |
| | (559) 432-4871 Facsimile |
| 4 | |
| 5 | Attorney for Defendant, JESUS DOMINGUEZ-MARTINEZ |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 1:11-CR-00274 LJO** |
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR CONTINUANCE FOR CHANGE OF** |
| v. | ) ) | **PLEA HEARING** |
| JESUS DOMINGUEZ-MARTINEZ, | ) ) | **Date : June 18, 2012** |
| Defendant. | ) ) | **Time : 9:00 a.m.** |
| _____ | ) | **Judge : Lawrence J. O'Neill** |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Henry Z. Carbajal III, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for JESUS DOMINGUEZ-MARTINEZ that the Change of Plea hearing set for June 18, 2012 at 8:30 a.m. be continued to July 9, 2012 at 8:30 a.m.

Counsel for Defendant will be out of the state traveling to Washington, D.C. commencing on June 15, 2012 and returning June 22, 2012. The case has been settled, but the plea agreement has to be executed upon counsel's return. The Defendant resides in Stockton, California.

The parties agree that the time between the date of this stipulation and the new change of plea hearing date of July 9, 2012 shall be excluded in the interests of justice, including but not limited to continuity of counsel pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

///

**STIPULATION AND ORDER FOR CONTINUANCE FOR CHANGE OF PLEA HEARING**
**Case No. 1:11-CR-00274 LJO** Page 1

1      For the reasons set forth above, the parties respectfully request the change of plea hearing
2 scheduled for June 18, 2012 be moved to July 9, 2012 at 8:30 a.m.

4 Dated: June 12, 2012                            Respectfully submitted,

                                                                        BENJAMIN B. WAGNER
                                                                        United States Attorney

                                                                        By   /S/ Henry Z. Carbajal
                                                                        HENRY Z. CARBAJAL III
                                                                        Assistant U.S. Attorney

10 Dated: June 12, 2012                            By   /S/ Dale A. Blickenstaff
                                                                        DALE BLICKENSTAFF
11                                                                         Attorney for Jesus Dominguez-Martinez

14 **IT IS SO ORDERED**.

15 Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

17 Dated: _June 14, 2012_____                /s/ Lawrence J. O'Neill_____
18                                                                UNITED STATES DISTRICT JUDGE