# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 20 2012
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT
BY _____ DEPUTY

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Rosemary Fierros ) | Case No. <br> 1:11-cr-00274-LJO-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Rosemary Fierros_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

**To allow the defendant, Rosemary Fierros, to have contact and live with her daughter, Cassandra Fierros, on the condition that they not discuss the facts of this case with each other unless accompanied by their respective attorneys.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/18/12          _____  6/18/12
Signature of Defendant    Date            Pretrial Services Officer    Date
Rosemary Fierros                           Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                    _____  6/18/12
Signature of Assistant United States Attorney                Date
Grant B. Rabenn and/or Henry Z. Carbajal, III

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    6-18-12
Signature of Defense Counsel              Date
James R. Homola

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___6/20/12___
☐ The above modification of conditions of release is *not* ordered.

_____                    6/20/12
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services