BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR VASQUEZ<br><br>Defendant, | CASE NO. 1:11-cr-00274 LJO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: March 4, 2013<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 4, 2013 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **April 8, 2013 at 8:30 a.m.**

3. The parties agree and stipulate that there are facts and circumstances that are currently under review that will not be resolved until early March 2013 that may impact the sentence of Mr. Vasquez. It is respectfully requested that the current date set for sentencing be vacated and that the matter be re-set for sentencing on April 8, 2013 at 8:30 a.m. or at a date and time thereafter

1

that is convenient to the Court. The parties further request that the Local Rule briefing schedule for informal and formal objections to the PSR be reset to coincide with the new sentencing date.

IT IS SO STIPULATED.

DATED: February 8, 2013

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: February 8, 2013

/s/Martin Taleisnik
MARTIN TALEISNIK
Counsel for Defendant
VICTOR VASQUEZ

**O R D E R**

IT IS SO ORDERED.

Dated: **February 11, 2013**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE