1 | BENJAMIN B. WAGNER
United States Attorney
2 | HENRY Z. CARBAJAL III
GRANT B. RABENN
3 | Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00274 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: February 25, 2013 |
| ANGEL OCIRIS GUTIERREZ | TIME: 8:30 a.m. |
| Defendant, | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 25, 2013 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **April 8, 2013 at 8:30 a.m.**

3. The parties agree and stipulate that there are facts and circumstances that are currently under review that will not be resolved until early March 2013 that may impact the sentence of Mr. Gutierrez. It is respectfully requested that the current date set for sentencing be vacated and

1

that the matter be re-set for sentencing on April 8, 2013 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED: February 8, 2013

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: February 8, 2013

/s/Daniel A. Bacon
DANIEL A. BACON
Counsel for Defendant
ANGEL OCIRIS GUTIERREZ

**O R D E R**

IT IS SO ORDERED.

Dated: **February 11, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE