DANIEL A. BACON 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for ANGEL OCIRIS GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-cr-00274 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING, |
| vs. ) | AND ORDER THEREON |
| ANGEL OCIRIS GUTIERREZ, ) | DATE: April 8, 2013 |
| ) | TIME: 8:30 AM |
| Defendant. ) | DEPT: Hon. Lawrence J. O'Neill |
| _____ ) | |

    Defendant ANGEL OCIRIS GUTIERREZ, by and through his counsel of record, Daniel A. Bacon, and plaintiff United States of America, by and through its attorney, Benjamin B. Wagner, United States Attorney, and Henry Z. Carbajal, III, Assistant United States Attorney, hereby stipulate as follows:

    1. By previous court order, this matter was set for sentencing on April 8, 2013, at 8:30 AM.

    2. By this stipulation, the parties will move to continue sentencing until May 13, 2013, at 8:30 AM.

    3. The parties agree and stipulate that there are facts and circumstances that are currently under review that will not be resolved until early May, 2013, that may impact the sentence of Mr. Gutierrez. Further, the parties wish to inform the court that Mr. Gutierrez is currently working in Arizona, but will return to California in early May, 2013. It is respectfully requested that the current date set for sentencing be

Stipulation to Continue Sentencing, and Order Thereon

vacated and that the matter be reset for sentencing on May 13, 2013, at 8:30 AM, or at a date and time thereafter that is convenient for the court.

Dated: March 25, 2013.    BENJAMIN B. WAGNER, United States Attorney

By:/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 25, 2013.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant GUTIERREZ

ORDER

IT IS SO ORDERED.

**Dated:   March 26, 2013**            /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE