BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00274-LJO |
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| ROSEMARY FIERROS, | |
| Defendant. | |

Based on United States' Application for Forfeiture Money Judgment, and the testimony and other evidence at the trial in this case,

IT IS HEREBY ORDERED that:

1. Defendant Rosemary Fierros shall forfeit to the United States the sum of $62,100, and the Court imposes a personal forfeiture money judgment against defendant in that amount. The Court determines that the evidence supports a money judgment in the amount of $62,100 in this case.

2. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S.

Department of Homeland Security, Homeland Security Investigations and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of Homeland Security, Homeland Security Investigations, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $62,100 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **May 21, 2013**      /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE